**Terry E. GILES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 79306**

Missouri Court of Appeals,
Western District.

ORDER FILED: February 28, 2017

S. Kate Webber, Kansas City, MO, Counsel for Appellant

Robert Bartholomew, Jr., Jefferson City, MO, Counsel for Respondent

Before Division Four: Mark D. Pfeiffer, Chief Judge Presiding, Thomas H. Newton, and Lisa White Hardwick, Judges

### ORDER

Per Curiam:

Mr. Terry Giles was charged with and convicted of murder in the second degree and armed criminal action. On direct appeal, this Court affirmed the convictions and sentences. *State v. Giles*, 353 S.W.3d 474 (Mo. App. W.D. 2011). On post-conviction appeal, Mr. Giles asserts that trial counsel was ineffective in failing to present the testimony of Mr. Michael Simmons at a suppression of evidence hearing prior to trial.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

■

**Beverly ROGERS, Appellant,**

v.

**CITY OF KANSAS CITY, Missouri, et al., Respondents.**

**WD 79290**

Missouri Court of Appeals,
Western District.

ORDER FILED: February 28, 2017

Wainsworth Anderson, Kansas City, MO, Attorney for Appellant,

Tara M. Kelly, Assistant City Attorney, Kansas City, MO, Attorney for Respondents.

Before Division IV: Mark D. Pfeiffer, Chief Judge, and Thomas H. Newton and Lisa White Hardwick, Judges

### Order

Per Curiam:

Ms. Beverly Rogers appeals from the Judgment entered by the Circuit Court of Jackson County, Missouri, after a jury trial, in favor of the City of Kansas City, Missouri, Mr. Donald Finley, and Mr. Eugene Graves on Ms. Rogers's petition for sexual discrimination, hostile work environment, and retaliation. Because a published opinion would have no precedential value, we have instead provided a separate memorandum of law to the parties. The Judgment is affirmed. Rule 84.16(b).